# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK, U.S. DISTRICT COURT
4/20/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: jb DEPUTY

| UNITED STATES OF AMERICA, PLAINTIFF, v. Philip Alan Drechsler, DEFENDANT(S) | **WARRANT FOR ARREST** <br><br> ON COMPLAINT <br><br> CASE NO.: 2:23-mj-01874 |
|---|---|

To: UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest **Philip Alan Drechsler** and bring him/her forthwith to the nearest Magistrate Judge to answer a complaint charging him/her with distribution of child pornography, in violation of Title 18, United States Code, Section 2252A(a)(2)(B) and with possession of and access with intent to view child pornography, in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

REC: BY AUSA        [Detention]

4/18/2023
Date

Hon. Michael Wilner, U.S. Magistrate Judge
Signature of Magistrate Judge

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at (location): | | |
| DATE RECEIVED 4/19/23 <br> DATE OF ARREST 4/19/23 | NAME AND TITLE OF ARRESTING OFFICER <br> SA Aaron Bauder | SIGNATURE OF ARRESTING OFFICER |

WARRANT FOR ARREST ON COMPLAINT                                Page 1 of 3

DESCRIPTIVE INFORMATION FOR DEFENDANT CONTAINED ON PAGE TWO

## ADDITIONAL DEFENDANT INFORMATION

| RACE: W | SEX: M | HEIGHT: 508 | WEIGHT: 170 | HAIR: BRN | EYES: BRN | OTHER: |
|---|---|---|---|---|---|---|

| DATE OF BIRTH: 1962 | PLACE OF BIRTH: Unknown | SOCIAL SECURITY NO.: 6899 | DRIVER'S LICENSE NO. F4472360 | ISSUING STATE CA |
|---|---|---|---|---|

ALIASES: Phil Irwin, lharen Flores

SCARS, TATTOOS OR OTHER DISTINGUISHING MARKS: N/A

| AUTO YEAR: 2014 | AUTO MAKE: Honda | AUTO MODEL: Accord | AUTO COLOR: Grey | AUTO LICENSE NO.: 7BPG234 | ISSUING STATE CA |
|---|---|---|---|---|---|

LAST KNOWN RESIDENCE: Valencia CA 91354

LAST KNOWN EMPLOYMENT: NBC

FBI NUMBER: N8FTM6LN1

ADDITIONAL INFORMATION:

INVESTIGATIVE AGENCY NAME: FBI

INVESTIGATIVE AGENCY ADDRESS: 610 West Ave L Lancaster CA 93534

NOTES: